January 5, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

GEICO GENERAL INSURANCE COMPANY F/K/A HOUSTON FIRE & CASUALTY INSURANCE COMPANY, Appellant

NO. 14-11-00049-CV                       V.

AUSTIN POWER INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Austin Power Inc., signed December 6, 2010, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, GEICO General Insurance Company f/k/a Houston Fire & Casualty Insurance Company, to pay all costs incurred in this appeal. We further order this decision certified below for observance.